UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09017
    KEESHA D JACKSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4390

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/14/2008 and was confirmed 06/16/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN LOAN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN | MORTGAGE ARRE | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNITED GUARANTY RESIDENT | CURRENT MORTG | .00 | .00 | .00 |
| UNITED GUARANTY RESIDENT | MORTGAGE ARRE | 4000.00 | .00 | .00 |
| FIRST FRANKLIN | UNSECURED | NOT FILED | .00 | .00 |
| FISHER & SHAPIRO | NOTICE ONLY | NOT FILED | .00 | .00 |
| MORTGAGE ELECTRONIC REGI | NOTICE ONLY | NOT FILED | .00 | .00 |
| CT CORPORATION SYSTEM | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| APARTMENT INVEST | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBT ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| EQUIDATA | UNSECURED | NOT FILED | .00 | .00 |
| FAIR COLLECTIONS & OUT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 333.87 | .00 | .00 |
| ISAC | UNSECURED | 2490.32 | .00 | .00 |
| ISAC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 858.39 | .00 | .00 |
| ASPIRE | NOTICE ONLY | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | NOTICE ONLY | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 854.33 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MIDLOTHIAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| VILLAGE OF TINLEY PARK | NOTICE ONLY | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 09017 KEESHA D JACKSON

```
US DEPT OF EDUCATION       UNSECURED      31505.63              .00              .00
WEST ASSET MANAGEMENT      UNSECURED    NOT FILED               .00              .00
AT&T                       NOTICE ONLY  NOT FILED               .00              .00
LVNV FUNDING               UNSECURED       209.22               .00              .00
LEDFORD & WU               DEBTOR ATTY   2,545.00                            874.00
TOM VAUGHN                 TRUSTEE                                            76.00
DEBTOR REFUND              REFUND                                               .00
```

           Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       950.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   874.00
TRUSTEE COMPENSATION                              76.00
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                        950.00            950.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
     Dated: 01/27/09        _____

                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE